

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00411-CV

| | | |
|---|---|---|
| Ian Ghrist; Ghrist Law Firm, PLLC; Shawn Coker; Neighborhood Partner, Inc.; Blue Moon Realty Group, LLC; and Wizard Funding, LLC | § | From the 236th District Court |
| | § | of Tarrant County (236-295012-17) |
| v. | | |
| | § | June 21, 2018 |
| MBH Real Estate LLC, AFI Loan Servicing, LLC, Anson Financial, Inc., J. Michael Ferguson, P.C. | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the order of the trial court is affirmed in part and reversed and remanded in part.

We reverse the portion of the trial court's order that denies Appellants' motion to dismiss and finds the entire motion frivolous, and we affirm the remainder of the trial court's order. We remand the case to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellees MBH Real Estate LLC, AFI Loan Servicing, LLC, Anson Financial, Inc., J. Michael Ferguson, P.C. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
    Chief Justice Bonnie Sudderth